# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2017

155240

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

SUMMIT DIAMOND BRIDGE LENDERS, LLC,
      Plaintiff-Appellee,

v

PHILIP R. SEAVER TITLE COMPANY, INC.,
a/k/a PRS ASSETS, INC.,
      Defendant-Appellant.

SC: 155240
COA: 326679
Oakland CC: 2014-143557-CK

_____/

      On order of the Court, the application for leave to appeal the December 22, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2017



Clerk

t0614